UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 18-80545-CV-MIDDLEBROOKS/Brannon

SREAM, INC., and
ROOR INTERNATIONAL BV,

    Plaintiffs,

v.

THE SMOKERS EDGE, LLC,

    Defendant.
_____/

## FINAL JUDGMENT

The above-styled action was tried without a jury. This Court's Order of February 6, 2019 (DE 59), contains findings of fact and conclusions of law which are incorporated herein by reference. Based on the evidence presented at trial, and for the reasons set forth in the Order, final judgment is entered pursuant to Federal Rules of Civil Procedure 54(c) and 58, as set forth below.

    It is hereby **ORDERED and ADJUDGED** that:

(1) Final judgment is entered in favor of Defendant The Smokers Edge, LLC, d/b/a The Smokers Edge, and against Plaintiffs Sream, Inc. and Roor International BV, as to all claims in the Amended Complaint. (DE 31).

(2) The Court will retain jurisdiction over the issue of attorney's fees and costs, and further reserves jurisdiction to enter orders, judgments and relief as necessary to enforce this Final Judgment.

(3) This Court will also retain jurisdiction over the issue of any subsequent default judgment proceedings arising out of the Third Party Complaint. (DE 12)

(4) The Clerk of Court is directed to administratively **CLOSE THIS CASE.**

(5) Any motions pending prior to the entry of this Order are **DENIED AS MOOT**.

**SIGNED** in Chambers at West Palm Beach, Florida, this 7 day of February, 2019.

DONALD M. MIDDLEBROOKS
UNITED STATES DISTRICT JUDGE

Copies to: Counsel of Record