UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 9:18-cv-80545-DMM/BRANNON

SREAM, INC., a California corporation, and
ROOR INTERNATIONAL BV, a Foreign corporation,

        Plaintiffs,

v.

THE SMOKERS EDGE, LLC d/b/a
THE SMOKERS EDGE, a Florida corporation,

        Defendant
and

THE TICKTIN LAW GROUP, PLLC d/b/a
THE TICKTIN LAW GROUP,

        Garnishee.
_____/

## WRIT OF GARNISHMENT

THE STATE OF FLORIDA:

TO:   UNITED STATES MARSHALS
       ALL SHERIFFS OF THE STATE

       YOU ARE COMMANDED to summon Garnishee:

The Ticktin Law Group, PLLC d/b/a The Ticktin Law Group
270 SW Natura Avenue
Deerfield Beach, FL 33441

to serve an answer to this Writ on Lee & Amtzis, P.L., through their attorney, whose name and address are:

Wayne H. Schwartz, Esq.
Lee & Amtzis, P.L.
5550 Glades Rd., Ste. 401
Boca Raton, FL 33431

within 20 days after service on the Garnishee, exclusive of the day of service, and to file the original with the Clerk of this Court before service on the attorney or immediately thereafter, stating whether the garnishee is indebted to the following parties: Sream, Inc., a California Corporation and RooR International BV, a Foreign Corporation, at the time of the answer or was

CASE NO.: 9:18-cv-80545-DMM/BRANNON

indebted at the time of service of this Writ, or at any time between such times, and in what sum and what tangible or intangible personal property of any kind, any settlements, awards, or Final Judgments, or accounts of Sream, Inc. and/or RooR International BV or to which Sream, Inc. and/or RooR International BV have rights, and whether the Garnishee knows of any other person indebted to Sream, Inc. and/or RooR International BV who may have any of the property of Sream, Inc. and/or RooR International BV in its possession or control.  The amount set in the Judgment Creditor's Motion is $32,155.00.

IF YOU FAIL TO RESPOND TO THIS WRIT OF GARNISHMENT, A JUDGMENT MAY BE ENTERED AGAINST YOU FOR THE FULL AMOUNT CLAIMED DUE BY THE GARNISHOR PLUS LEGAL INTEREST AND COSTS EVEN THOUGH YOU MAY NOT BE INDEBTED TO THE JUDGMENT DEBTORS.

WITNESS my hand and the seal of this Court.

CLERK, U.S. DISTRICT COURT

DATED:_____        BY:_____
                                                                  Deputy Clerk