IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO.:  9:18-cv-80545-DMM/BRANNON

SREAM, INC., a California corporation, and
ROOR INTERNATIONAL BV, a Foreign corporation,

       Plaintiffs,

v.

THE SMOKERS EDGE, LLC d/b/a
THE SMOKERS EDGE, a Florida corporation,

       Defendant.
_____

THE SMOKERS EDGE, LLC d/b/a
THE SMOKERS EDGE, a Florida corporation,

       Third-Party Plaintiff,

v.

H&H DISTRIBUTOR INC.,

       Third-Party Defendant.
_____/

## **ORDER**

  THIS CAUSE is before the Court on Defendant/Judgment Creditor THE SMOKERS EDGE, LLC d/b/a THE SMOKERS EDGE's Motion for Writ of Garnishment after Judgment filed on March 24, 2020 [ECF No. 85].  Having examined the Motion, along with the Court record, the Court finds the requirements for issuance of a Writ of Garnishment have been met. Accordingly, the Clerk of Court is hereby directed to issue the appropriate Writ of Garnishment

CASE NO.:  9:18-cv-80545-DMM/BRANNON

attached to the Motion as Exhibit 1.

        DONE and ORDERED in Palm Beach County, Florida on this \_\_\_\_ day of March, 2020.


                                    _____
                                    DONALD M. MIDDLEBROOKS
                                    United States District Judge

Copies furnished to counsel of record